UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                   Case No. 22-cv-10418
                                      Hon. Matthew F. Leitman

v.

JOHN DOE subscriber assigned
IP Address 69.14.251.249,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 2, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2022, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126